# United States District Court of Southern Indiana

FILED
U.S. DISTRICT COURT
TERRE HAUTE DIVISION
2012 AUG 17  PM 12: 19
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

Greg Miller
Citizen's Investigative Service LLC
(Plaintiff)

V

Officer Tiffany Sibert
DC Metro Police
and
Gregory Slate
(Defendants)

Case NO. 2:12-cv-0246 JMS-WGH

## Complaint

**NOW COMES** Greg Miller of Citizen's Investigative Service LLC of Terre Haute, Indiana, Plaintiff, brings a complaint against Officer Tiffany Sibert (#4673), Defendant, of the 3rd District, DC Metro Police Department, Washington DC for violation of 42 USC of 1943 for civil rights violation (false arrest and false imprisonment) while acting under the color of law as a US Government official and within her capacity a police officer. Also, Greg Miller of Citizen's Investigative Service LLC of Terre Haute, Indiana, Plaintiff, brings a complaint against GREGORY SLATE, Defendant, for criminal libel pro-se with actual malice against the Plaintiff and also intentionally inflected emotional distress against GREG MILLER, Plaintiff.

## Parties

1. Defendant Tiffany Sebert is employed with the DC Metro Police Department located at 1624 V Street Northwest, Washington, DC 20009.

2. Defendant GREGORY SLATE resides at 1708 Kilbourn PL NW, Washington, DC 20010.

21    3. Plaintiff, MILLER is Agent in Charge at Citizen's Investigative Service LLC 371 W.
22        Honey Creek Dr. Terre Haute Indiana 47802.
23

24                             **Jurisdiction**

25    1. This action is brought pursuant to 42 U.S.C. § 1983, Fourth and Fourteenth Amendments
26        of the United States Constitution and the laws of the State of Indiana.
27    2. Plaintiff, MILLER owns an incorporative business within the State of Indiana. The name
28        of the business is Citizen's Investigative Service LLC that is located at 371 W Honey
29        Creek Dr. Terre Haute, Indiana 47802.
30    3. Defendant SEBERT is employed as a police officer with the DC Metro Police
31        Department located at 1624 V Street Northwest, Washington, DC 20009.
32    4. Defendant GREGORY SLATE resides at 1708 Kilbourn PL NW in the District of
33        Columbia and is a citizen of the District of Columbia which the incident took place.
34    5. Venue is placed in the United States District Court for the District of Southern Indiana
35        where the Plaintiff is employed and owns an incorporated business within the State of
36        Indiana.
37

38                            **Factual Summary**

39    1. On or about September 1st 2010 OFFICER SIBERT, Defendant, arrested GREG
40        MILLER, Plaintiff, in Washington DC for simple assault. Greg Miller was incarcerated
41        and charged by DC Superior Court for simple assault.
42    2. The arrest was based on allegation of assault against GREGORY SLATE of 1708
43        Kilbourn PL NW when SLATE informed SIBERT that he was assaulted by MILLER.
44    3. Defendant SLATE presented no evidence of any kind to SIBERT to support his
45        complaint.

46   4. SLATE had a business relationship with DIOP KAMAU that dissolved prior to this
47      incident under antagonistic circumstances. Miller had no relationship or involvement of
48      any kind with SLATE and had no association with SLATE prior to this occurrence.
49   5. SLATE knowingly and with malice filed a false complaint of assault against himself in
50      order to leverage court litigation against KAMAU.
51   6. SIBERT failed and refused to investigate SLTATE's complaint in order to discover any
52      evidence to support SLATES claim of assault.
53   7. MILLER attempted to explain to SIBERT of his evidence that no assault occurred and
54      SIBERT decided to affect an arrest without a warrant.
55   8. MILLER was placed into custody and transported to DC Metro Police Department jail
56      and was held several hours in confinement.
57   9. SLATE pursued attacked against MILLER after the arrest with intent to inflict intentional
58      emotional harm and distress.
59   10. MILLER paid attorney fees and pay traveling expense for his criminal defense. The case
60       was therefore nolle Prosequi by DC Superior Court on February 28, 2011 case number
61       2010 CMD 019614.
62   11. MILLER has suffered from finical loses of his business and emotional distress resulting
63       from this incident.

64                              **Request for Relief**
65   **WHEREFORE,**
66   Plaintiff prayerfully requests that this Honourable Court grant the following relief against the
67   Defendants.
68   a. Award compensatory damages of $15,733 as this Honourable Court deems just.
69   b. Award punitive damages as this Honourable Court deems just.
70   c. Award such other and further relief as this Honourable Court deems just.

### Demand for Jury Trial

Plaintiffs demand trial by jury on all issues before this Honorable Court.

Respectfully submitted, this 17th day of August, 2012.

By: *(signature)*
Greg Miller
Citizens Investigative Service LLC
371 W Honey Creek Dr
Terre Haute, IN 47802